JRB/JTL: USAO 2018R00198

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 11  P 4:05

CLERK'S OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. PX19cr587 |
| | * | |
| **MUHAMMAD LUQMAN RANA,** | * | (Production of Child Pornography, |
| | * | 18 U.S.C. § 2251(a); Extortion by |
| **Defendant** | * | Threat to Injure the Reputation |
| | * | of Another, 18 U.S.C. § 875(d); |
| | * | Forfeiture, 18 U.S.C. §§ 2253 & |
| | * | 981(a)(1)(C), 21 U.S.C. § 853(p), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about January 1, 2015 and on or about June 2, 2016, in the District of Maryland and elsewhere, the defendant,

**MUHAMMAD LUQMAN RANA,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Victim 1, then a resident of Maryland and a minor whose identity is known to the grand jury, to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and such visual depiction was transported and transmitted

using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

18 U.S.C. § 2251(a) and (e)

## COUNT TWO
### (Extortion by Threat to Injure the Reputation of Another)

The Grand Jury for the District of Maryland further charges that:

Between on or about January 1, 2015 and on or about June 2, 2016, in the District of Maryland and elsewhere, the defendant,

**MUHAMMAD LUQMAN RANA,**

knowingly transmitted in interstate and foreign commerce, a communication containing a threat to injure the reputation of Victim 1 with intent to extort from Victim 1 any thing of value.


18 U.S.C. § 875(d)

## COUNT THREE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about March 29, 2015 and on or about April 28, 2016, and beginning outside the jurisdiction of any particular state or district, the defendant,

**MUHAMMAD LUQMAN RANA,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Victim 2, then a resident of Oklahoma and a minor whose identity is known to the grand jury, to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 3238

4

## COUNT FOUR
### (Extortion by Threat to Injure the Reputation of Another)

The Grand Jury for the District of Maryland further charges that:

Between on or about March 29, 2015 and on or about April 28, 2016, and beginning outside the jurisdiction of any particular state or district, the defendant,

**MUHAMMAD LUQMAN RANA,**

knowingly transmitted in interstate and foreign commerce, a communication containing a threat to injure the reputation of Victim 2 with intent to extort from Victim 2 any thing of value.


18 U.S.C. § 875(d)
18 U.S.C. § 3238

## COUNT FIVE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about June 22, 2015 and on or about June 9, 2016, and beginning outside the jurisdiction of any particular state or district, the defendant,

## MUHAMMAD LUQMAN RANA,

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Victim 3, then a resident of Wisconsin and a minor whose identity is known to the grand jury, to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 3238

## COUNT SIX
### (Extortion by Threat to Injure the Reputation of Another)

The Grand Jury for the District of Maryland further charges that:

Between on or about June 22, 2015 and on or about June 9, 2016, and beginning outside the jurisdiction of any particular state or district, the defendant,

**MUHAMMAD LUQMAN RANA,**

knowingly transmitted in interstate and foreign commerce, a communication containing a threat to injure the reputation of Victim 3 with intent to extort from Victim 3 any thing of value.


18 U.S.C. § 875(d)
18 U.S.C. § 3238

## COUNT SEVEN
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about March 19, 2016 and on or about March 26, 2016, and beginning outside the jurisdiction of any particular state or district, the defendant,

**MUHAMMAD LUQMAN RANA,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Victim 4, then a resident of Washington and a minor whose identity is known to the grand jury, to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 3238

## COUNT EIGHT
### (Extortion by Threat to Injure the Reputation of Another)

The Grand Jury for the District of Maryland further charges that:

Between on or about March 19, 2016 and on or about March 26, 2016, and beginning outside the jurisdiction of any particular state or district, the defendant,

**MUHAMMAD LUQMAN RANA,**

knowingly transmitted in interstate and foreign commerce, a communication containing a threat to injure the reputation of Victim 4 with intent to extort from Victim 4 any thing of value.

18 U.S.C. § 875(d)
18 U.S.C. § 3238

## COUNT NINE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about June 16, 2014 and on or about December 16, 2014, and beginning outside the jurisdiction of any particular state or district, the defendant,

**MUHAMMAD LUQMAN RANA,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Victim 5, then a resident of New York and a minor whose identity is known to the grand jury, to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 3238

## COUNT TEN
### (Extortion by Threat to Injure the Reputation of Another)

The Grand Jury for the District of Maryland further charges that:

Between on or about June 16, 2014 and on or about December 16, 2014, and beginning outside the jurisdiction of any particular state or district, the defendant,

**MUHAMMAD LUQMAN RANA,**

knowingly transmitted in interstate and foreign commerce, a communication containing a threat to injure the reputation of Victim 5 with intent to extort from Victim 5 any thing of value.

18 U.S.C. § 875(d)
18 U.S.C. § 3238

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 2253 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction under Counts One through Ten of this Indictment.

### Forfeiture Relating to Sexual Exploitation of Children

2. Pursuant to Title 18, United States Code, Sections 2253, upon conviction of any of the offenses set forth in Counts One, Three, Five, Seven, and Nine of this Indictment, in violation of Title 18, United States Code, Sections 2251, the defendant,

**MUHAMMAD LUQMAN RANA,**

shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

## Forfeiture Relating to Interstate Transmission of an Extortionate Communication

3.  Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), upon conviction of any of the offenses set forth in Counts Two, Four, Six, Eight, and Ten of this Indictment, the defendant,

**MUHAMMAD LUQMAN RANA,**

shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to a violation of Title 18, United States Code, Section 875.

4.  If any of the property described above, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

18 U.S.C. § 2253
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: December 11, 2019