## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

In or about August 2016, the U.S. Federal Bureau of Investigation ("FBI") executed a judicially-authorized search warrant on the defendant, **MUHAMMAD LUQMAN RANA**'s (**"RANA"**) Microsoft email account (hereinafter "KingCheetah email account") after learning from local law enforcement authorities in Whatcom County, Washington that **RANA** had blackmailed and obtained nude images from a female child ("Victim 4")[1] living in Washington State. Prior to executing the search warrant, the FBI also learned that **RANA** was the subject of a previous FBI investigation in Jacksonville, Florida for engaging in similar online conduct with another minor female, Victim 5.

The FBI's subsequent review of the KingCheetah email account revealed that between at least June 2014 and June 2016, **RANA** engaged in thousands of email communications with children under the age of eighteen, through which he sexually blackmailed his victims into producing and sending him images of child pornography, as defined in 18 U.S.C. § 2256 (2), via both live transmission and email communications. Five of Rana's victims were identified by U.S. law enforcement.

**RANA**'s crimes followed a very specific modus operandi. **RANA** met his victims on the website Omegle,[2] where he convinced them to pose in sexually suggestive ways – usually by bearing their naked breasts – and then surreptitiously recorded them. **RANA** then demanded through email that they continue to chat with him via Tinychat,[3] another free online chatting service or else risk him publicly posting the videos he captured online. During these Tinychat sessions, **RANA**'s victims were expected to engage in sexually explicit conduct including, for example: posing naked; masturbating while naked; and inserting objects into their vaginas or anuses. In addition to the live transmission chat sessions, **RANA**'s victims were instructed to communicate with **RANA** via the KingCheetah email account and to send to his email account, controlled by him, sexually explicit images and videos of themselves. **RANA** forced his victims in these online chat sessions to create child pornographic videos, images, or live transmissions, out of fear that if they did not, then **RANA** would publicly post sexually-suggestive or embarrassing

---

[1] The Victims referenced in this Agreement correspond to the Victims referenced in the indictment and in the same order. The term "victim" or "victims" as used in this statement of facts refers to the minor victims identified in the indictment.

[2] Omegle is a free online chat website that allows users to socialize with others without the need to register. The service randomly pairs users in one-on-one chat sessions where they can chat anonymously.

[3] Tinychat is a free online chat website that allows users to communicate via instant messaging, voice chat, and video chat. It offers opportunities for users to create their own virtual chat room on any topic or category.

1



images of them online. Each of **RANA**'s victims told **RANA** their age and **RANA** was aware that each of his victims was under the age of 18.

More specifically, between on or about January 1, 2015, and June 2, 2016, **RANA** engaged in online chat sessions through Omegle and TinyChat with Victim 1, who was located in the District of Maryland. During this time period, Victim 1 was 16 years old and turned 17 years old. During those online chat sessions, **RANA** demanded that Victim 1 engage in sexually explicit conduct for the purpose of producing an image or video or a live transmission of Victim 1 engaging in sexually explicit conduct. In most of these sessions Victim 1 was expected to masturbate or pose in a manner so that her naked genitals and pubic area were the focal point of the image. For example,

- On January 22, 2015, Victim 1 sent an image of her breasts and naked genital area to **RANA** via his email account.

- On May 12, 2015, Victim 1 sent a photograph to **RANA** showing her breasts and exposed and naked genitals and pubic area

- On September 16, 2015, Victim 1 sent **RANA** four photographs, including one that depicted her naked and exposed breasts and genitals and pubic area.

- On January 22, 2015, **RANA** sent Victim 1 the message, "um... make it up to daddy send him a few sex pics will u." In response, Victim 1 sent an image depicting Victim 1 naked with her naked genitals and pubic area visible in the image.

- On May 12, 2015, **RANA** and Victim 1 engaged in the following email communications through **RANA**'s KingCheetah email account:

    **RANA**: Lol..umm..send me some pics
    Victim 1: What's the magic word?
    **RANA**: Please
    Victim 1: Yeah, I'll send you some pictures in a sec
    What do you want them of?
    **RANA**: idk...full body...something really sexyy

Thereafter, Victim 1 sent **RANA** an image to the KingCheetah email account showing Victim 1 without any clothes. Victim 1's breasts are visible in the image and her right hand is near her exposed genitals.

- On September 16, 2015, after **RANA** sent the email message in substance, "its ok baby girl..when u get home send a cpl of pics." Victim 1 sent a series of four images to KingCheetah email account in which she does not have on clothes. One of the images depicts Victim 1 spreading her naked genitalia.

**RANA** obtained the above-described images of Victim 1, and also viewed live transmissions of Victim 1 engaged in sexually explicit conduct, because of his threats to Victim 1

that if she failed to produce additional images of child pornography he would publicly post the embarrassing and child pornographic images of Victim 1 that she had already produced and sent to him at his request. For example, Victim 1 engaged in the following email communications with **RANA** through **RANA's** KingCheeta email account:

- On April 21, 2016, **RANA** emailed Victim 1 and stated in substance, "You need to be more regular with your messages." To which Victim 1 responded with an e-mail stating, "I'm sorry, I've been sick." **RANA** then replied via e-mail on April 27, 2016, stating, "We are losing days, unless you wanna extend the deadline."

- On May 15, 2016, **RANA** emailed Victim 1 stating in substance, "I don't think we can keep the July deadline. You haven't been in touch."

The term "deadline," as used by **RANA** in his May 15, 2016 email, to refer to a future date when **RANA** would no longer require her to chat or produce and send him images of child pornography.

*Other Victims*

At various times between June 2014 and June 2016, **RANA** used the internet, a facility of interstate and foreign commerce, to contact various other minors throughout the United States and engaged in similar behavior as he did with Victim 1. Specifically, **RANA** communicated with each of Victim 2, Victim 3, Victim 4, and Victim 5, and attempted to and did persuade, induce, entice, or coerce each of them to engage in sexually explicit conduct for the purpose of creating visual depictions of the conduct or for the purpose of transmitting a live visual depiction of the conduct. At the time of the communications with Victim 2, Victim 4, and Victim 5, each of the victims was older than 12 but less than 16 years old. At the time of the communications with Victim 3, Victim 3 was 16 years old. Because **RANA** was located in Canada and each of Victim 2, Victim 3, Victim 4, and Victim 5 were in the United States, his communications and any visual depictions or transmissions of visual depictions received by him were in and affecting interstate and foreign commerce.

SO STIPULATED:

_____
G. Michael Morgan, Jr.
Assistant United States Attorney
Jennifer Toritto Leonardo
Senior Trial Attorney

_____
Muhammad Luqman Rana
Defendant

_____
Richard Finci, Esq.
Counsel for Defendant

3