

**BRIGHTER DAYZ**

# Certification of Achievement

Rana Muhammad

*is awarded this certificate for Successfully Completing*

Communication Skills Workshop

*on this* __2__ *day of* September, __2021__

Hours Completed 10

Flavia McPherson
Executive Director



**BRIGHTER DAYZ**

# Certification of Achievement

### Rana Muhammad

is awarded this certificate for Successfully Completing

### Money Management Workshop

on this __9__ day of _____September_____, __2021__

Hours Completed 10

Flavia McPherson
Executive Director



**BRIGHTER DAYZ**

# Certification of Achievement

## Rana Muhammad

*is awarded this certificate for Successfully Completing*

### Anger Management Workshop

*on this* 16 *day of* September, 2021

Hours Completed 10

Flavia McPherson
Executive Director



**BRIGHTER DAYZ**

# Certification of Achievement

**Rana Muhammad**

is awarded this certificate for Successfully Completing

**Life Skills Workshop**

on this __1__ day of _____October_____, __2021__

_____Hours Completed 10_____

_____Flavia McPherson_____
Executive Director



**BRIGHTER DAYZ**

# Certification of Achievement

### Rana Muhammad

*is awarded this certificate for Successfully Completing*

### Stress Management Workshop

*on this* __8__ *day of* _____October_____, __2021__

Hours Completed 10

Flavia McPherson
Executive Director



**BRIGHTER DAYZ**

# Certification of Achievement

### Rana Muhammad

*is awarded this certificate for Successfully Completing*

### Goal Setting Workshop

on this  14  day of _____October_____, __2021__

_____Hours Completed 10_____
_____Flavia McPherson_____
Executive Director



**BRIGHTER DAYZ**

# Certification of Achievement

**Rana Muhammad**

*is awarded this certificate for Successfully Completing*

**Anti – Criminal Thinking Workshop**

*on this* 25 *day of* November, 2021

Hours Completed 10

Flavia McPherson
Executive Director



**BRIGHTER DAYZ**

# Certification of Achievement

### Rana Muhammad

is awarded this certificate for Successfully Completing

### Cognitive Skills Workshop

on this __9__ day of _____November_____, __2021__

Hours Completed 10

Flavia McPherson
Executive Director