| DOC #4 | LEHIGH COUNTY |
|---|---|
| **INMATE'S REQUEST TO STAFF** | **DEPARTMENT OF CORRECTIONS** |
| *Pedida de encarcelado a empleado* | |

TO (Name and Title of Officer) / PARA: (Nombre y Titulo): Brian Foster

DATE (FECHA): 02/15/23

BY: (Inmate Name and ID Number) / DE: (Nombre y Numero): Muhammad Rone - 209312

QUARTERS ASSIGNMENT / LOCAL DENTRO DE LA CARCEL: 3A-15

SUBJECT: State completely but briefly the problem on which you desire assistance. Give details.
ASUNTO: Describa completamente pero brevemente el problema con que desea asistencia. Incluya datallas.

I am requesting to participate in the following programs

(1) Anger Management
(2) Interpersonal Skills
(3) Making Decisions
(4) Release & Reintegration

Please & Thank You!

---

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Unfortunately Federal inmates can not take the part in the programs

STAFF MEMBER / EMPLEADO DE LA CARCEL: Brian Foster

DATE / FECHA: 2/16/23

| DOC #4 **INMATE'S REQUEST TO STAFF** *Pedida de encarcelado a empleado* | **LEHIGH COUNTY DEPARTMENT OF CORRECTIONS** | |
|---|---|---|
| TO (Name and Title of Officer) PARA: (Nombre y Titulo) | Counselor - Brian Foster | DATE (FECHA) 02/05/23 |
| BY: (Inmate Name and ID Number) DE: (Nombre y Numero) | Muhammad Rana - 209312 | |
| QUARTERS ASSIGNMENT: LOCAL DENTRO DE LA CARCEL: | 3A - 15 | |

SUBJECT: State completely but briefly the problem on which you desire assistance. Give details.
ASUNTO: Describa completamente pero brevemente el problema con que desea asistencia. Incluya detallas.

I would like to sign up for the "Inside-out Prison Exchange program".

please & Thank You!

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Unfortunately it is not offered to Federal inmates

| STAFF MEMBER EMPLEADO DE LA CARCEL | Brian Foster | DATE FECHA 2/6/23 |
|---|---|---|

| DOC #4 | | LEHI*** COUNTY |
|---|---|---|
| **INMATE'S REQUEST TO STAFF** <br> Pedida de encarcelado a empleado | | **DEPARTMENT OF CORRECTIONS** |

**TO** (Name and Title of Officer) / **PARA:** (Nombre y Titulo): Counslar

**DATE** (FECHA): 03/17/23

**BY:** (Inmate Name and ID Number) / **DE:** (Nombre y Numero): Muhammad Rana - 209312

**QUARTERS ASSIGNMENT:** / **LOCAL DENTRO DE LA CARCEL:** 3A-15

**SUBJECT:** State completely but briefly the problem on which you desire assistance. Give details.
**ASUNTO:** Describa completamente pero brevemente el problema con que desea asistencia. Incluya detallas.

I am a Federal inmate.

Can Federal inmates apply to have a job in the kitchen or Laundry?

Thank You!

**DISPOSITION:** (DO NOT WRITE IN THIS SPACE)
**DISPOSICION:** (NO ESCRIBA EN ESTE ESPACIO)

Federal inmates can not work in the kitchen or Laundry

**STAFF MEMBER / EMPLEADO DE LA CARCEL:** Brian Foster

**DATE / FECHA:** 3/20/23