· TRANSCRIPT

Lehigh County, PA

January 3, 2023 - April 23, 2023

| Courses Completed | Hours in Education | Lessons Completed |
|---|---|---|
| 39 | 159.07 | 411 |

## MUHAMMAD RANA - COMPLETED COURSEWORK

1. **Principles of Management**

   - Completed on March 8, 2023 · 79.72 hours spent

   - Description: This course was put together by the Saylor Academy. This course will illustrate the ways in which the practice of management evolves as firms grow in size. It is based upon the idea that the essential purpose of a business is to produce products and services in order to meet the needs and wants of the marketplace. A manager marshals an organization's resources (its people, finances, facilities, and equipment) toward this fundamental goal. In this course, you will explore the tasks that today's managers perform and delve into the key knowledge areas that managers need to master in order to run successful

2. **Michael G. Santos: Straight-A Guide**

   - Completed on April 5, 2023 · 12.96 hours spent

   - Description: The Straight-A Guide is a video-based course made to help students learn how to pursue a law-abiding life where they can contribute to their community. It has been designed and delivered by a former prisoner, Michael G. Santos, who received a 45-year prison sentence when he was 19. He ended up serving 26 years in prison, but earned his Bachelor's degree, Master's degree, and published books during his sentence.

3. **Beyond Prison, Probation, and Parole**

   - Completed on April 23, 2023 · 9.62 hours spent

   - Description: Beyond Prison, Probation & Parole is a motivational film series that features inspiring stories told by formerly incarcerated men and women who have overcome the hurdles, stigmas and challenges associated with returning to society from prison. Men and women not only share their recipes for success, they also tell how they refused to let their past dictate their future.

4. **Thinking for the Future - CBT**

   - Completed on March 9, 2023 · 5.95 hours spent

   - Description: Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment that focuses on the relationship between thoughts, feelings and behaviors. The participants are serving time at a work-release center in Indiana and have volunteered their time to share their experiences and work through the lessons with the instructors.

5. **Peace Education Program - CL**

   - Completed on April 2, 2023 · 5.86 hours spent

   - Description: A peaceful life means having a stress-free, secure, and calm life, where there is no fighting or conflict, and everything coexists in perfect harmony and freedom.

   Throughout this course, you will learn about ways to bring peace into your life and about the experiences of people who have participated in this program.

# edovo · TRANSCRIPT

*Listed completed courses have less than 5 hours spent within them.

## MUHAMMAD RANA - ADDITIONAL COMPLETED COURSES*

6.  RLA - Reading Comprehension I
    - Completed on March 2, 2023 • 4.13 hours spent

7.  Math - Geometry II
    - Completed on January 18, 2023 • 3.61 hours spent

8.  Anger Management
    - Completed on March 12, 2023 • 3.08 hours spent

9.  RLA - Reading Comprehension II
    - Completed on March 16, 2023 • 3.00 hours spent

10. Introduction to Stress Management
    - Completed on January 4, 2023 • 2.73 hours spent

11. Neil deGrasse Tyson Teaches Scientific Thinking and Communication
    - Completed on April 18, 2023 • 2.71 hours spent

12. Math - Geometry I
    - Completed on January 17, 2023 • 2.54 hours spent

13. Math - Addition, Subtraction, Multiplication, and Division
    - Completed on January 9, 2023 • 1.82 hours spent

14. Learn Your Strengths from Shining Light
    - Completed on April 9, 2023 • 1.81 hours spent

15. Math - Exponents and Number Properties
    - Completed on January 11, 2023 • 1.80 hours spent

16. Apply Your Strengths from Shining Light
    - Completed on April 10, 2023 • 1.73 hours spent

17. Social Studies - Economics
    - Completed on January 20, 2023 • 1.56 hours spent

18. RLA - Reading Comprehension III
    - Completed on March 21, 2023 • 1.36 hours spent

19. ART - Aggression Replacement Therapy
    - Completed on April 9, 2023 • 1.28 hours spent

20. Grow with Google: Create a Resume in Google Docs
    - Completed on April 8, 2023 • 1.25 hours spent

21. RLA - Reading Comprehension V
    - Completed on March 26, 2023 • 1.12 hours spent

22. Grow with Google: Ask for Feedback
    - Completed on April 8, 2023 • 0.92 hours spent

23. RLA - Reading Comprehension VI
    - Completed on March 27, 2023 • 0.88 hours spent

24. How Can I STOP My Anger?
    - Completed on April 6, 2023 • 0.86 hours spent

25. Grow with Google: Research Career Paths
    - Completed on April 20, 2023 • 0.85 hours spent

26. Grow with Google: Build Your Professional Network
    - Completed on April 18, 2023 • 0.72 hours spent

27. Grow with Google: Google Calendar for Beginners
    - Completed on April 6, 2023 • 0.59 hours spent

## MUHAMMAD RANA - ADDITIONAL COMPLETED COURSES*

Grow with Google: Google Calendar for Beginners
- Completed on April 6, 2023 • 0.59 hours spent

28. Grow with Google: Gmail for Beginners
- Completed on February 4, 2023 • 0.55 hours spent

29. Grow with Google: Google Meet for Beginners
- Completed on April 6, 2023 • 0.50 hours spent

30. Grow with Google: Write a Cover Letter for Your First Job
- Completed on April 6, 2023 • 0.49 hours spent

31. PREA: What You Need to Know / Lo que necesitas saber (v2023)
- Completed on March 12, 2023 • 0.48 hours spent

32. Grow with Google: Google Docs for Beginners
- Completed on April 6, 2023 • 0.47 hours spent

33. Grow with Google: Introduce Yourself to Potential Employers
- Completed on April 6, 2023 • 0.42 hours spent

34. RLA - Reading Comprehension IV
- Completed on March 22, 2023 • 0.38 hours spent

35. Grow with Google: Google Drive for Beginners
- Completed on April 6, 2023 • 0.33 hours spent

36. Grow with Google: Google Search for Beginners
- Completed on March 21, 2023 • 0.25 hours spent

37. Problem Solving Part 1 & Surveys
- Completed on January 6, 2023 • 0.25 hours spent

38. In the Courtroom
- Completed on March 11, 2023 • 0.25 hours spent

39. Grow with Google: Welcome to Google Workspace for Beginners
- Completed on February 10, 2023 • 0.24 hours spent

3