I am trying to use my time while incarcerated productively. One of the activities I am focusing on is regular reading.

During my incarceration in Lehigh County Jail, I have completely read the following books:

| Title | Author |
|---|---|
| 1. The Escape Artist | Brad Meltzer |
| 2. I, Alex Cross | James Patterson |
| 3. The 5th Victim | James Patterson |
| 4. Clash of Kings | George Martin |
| 5. The Girl with the Dragon tatoo | Stieg Larsson |
| 6. Burried Secrets | Joseph Finder |
| 7. The Street Lawyer | John Grisham |
| 8. The Spy & The Traitor | Ben Macintyre |
| 9. Think Again | Adam Grant |
| 10. Atomic Habits | James Clear |

Other than the books mentioned above, during this time, I have also read the Holy Quran two times in Arabic and it's English translation once.

*[signature]*

Muhammad Luqman Rana   04/16/2023

From the books I have read, I have prepared two book reports, from those books which can assist me in my rehabilitative efforts.

The two books include:

1. Think Again
    Author: Adam Grant

2. Atomic Habits
    Author: James Clear

The book reports answer the following three questions:

1. Why I read this book?
2. What I learned from reading this book?
3. How this book will contribute to my success?

The two book reports are attached.

*(signature)*

Muhammad Luqman Rana
4/16/2023

Book Report - Think Again

Title: Think Again
Author: Adam Grant
Genre: Self-help

① Why I read this book?

I was introduced to this book by a fellow inmate. He had said to me "you would really like this book". When I first read the brief biography about the author, I was really intrigued by his work. Than, as I flipped through the pages and read the different headings, I felt that I can learn tremendously from this book. Therefore, I decided to read this book, as it will allow me to start developing a positive change. A change that I will strive to increase.

② What I learned from reading this book?

The ideas that Grant writes about are very basic, yet essential to one's development. I was able to learn many important concepts from this book.

1/4

One of the things I learned was that we should be mindful of who is in our network and who we feed off. For our growth, we should not only surround ourselves with people who agree with us, but also with those who disagree with us. Grant writes:

"We learn more from people who challenge our thought process than those who affirm our conclusions. Strong leaders engage their critics and make themselves stronger. Weak leaders silence their critics and make themselves weaker. This reaction isn't limited to people in power. Although we might be on board with the principle, in practice we often miss out on the value of a challenge network" (Think Again, p. 86)

Another primary skill I was able to learn, was the importance of listening. I learned that when you genuinely want to listen to others, you have to put your opinions on hold. As Grant explains:

" Listening well is more than a matter of talking less. It's a set of skills in asking

and responding. It starts with showing more interest in other people's interests rather than trying to judge their status or prove our own" (Think Again, p. 156)

This is an extremely important skill to have as listening is a key component of our daily lives.

The author touches on many important subjects such as, Motivational interviewing, psychological safety, confident humility, etc.

However, one of the most important lessons I have learned from this book is about pursuing happiness. Adam Grant explains:

"When we pursue happiness, we often start by changing our surroundings. We expect to find bliss in a warmer climate or a friendlier dorm, but any joy that those choices bring about is typically temporary. In a series of studies, students who changed their environments by adjusting their living arrangements or course schedules quickly returned to their baseline levels of

happiness. As Ernest Hemingway wrote "you can't get away from yourself by moving from one place to another". Meanwhile, students who changed their actions by joining a new club, adjusting their study habits, or starting a new project experienced lasting gains in happiness. Our happiness often depends more on what we do than where we are. It's our actions - not our surroundings - that bring us meaning and belonging. (Think Again p. 239-240)

As I am going through this journey, this is a skill I can implement in my life to stay positive.

③ How this book will contribute to my success?

This book has taught me to often reassess and reexamine myself to see where I stand. The more I do this, the more I can acknowledge that I have a lot to learn and improve on. This tactic will lead to a constant thirst to get better and will move me closer to success.

4/4

Book Report - Atomic Habits

Title: Atomic Habits
Author: James Clear
Genre: Self-help

① Why I read this book?

A fellow inmate mentioned to me that he was reading a book about habits. I asked him to see the book. When I first saw the book, right below the title was written "An Easy & Proven Way to Build Good Habits & break Bad Ones". I told him as soon as you are done with it, please let me borrow it, as I would love to read it. I felt that I could learn from this book and would be able to apply it to various aspects of my life.

② What I learned from reading this book?

I was able to learn many concepts from this book. One in particular was the importance of establishing a high quality of habits, as it directly leads to a high quality of life. The author, James Clear writes:

1/4

"We all deal with setbacks but in the long run, the quality of our lives often depends on the quality of our habits. With the same habits, you'll end up with the same results. But with better habits, anything is possible." (Atomic Habits p. 7)

Furthermore, I learned how to distinguish good habits from bad habits. Clear explains:

"Generally speaking, good habits will have net positive outcomes. Bad habits have net negative outcomes. Smoking a cigarette may reduce stress right now (that's how it's serving you), but it's not a healthy long-term behavior." (Atomic Habits, p. 65)

This is a tactic that I can use to determine which habits to continue and which to stop.

I was also able to learn many new methods from this book to build new, positive habits. Some methods include "pointing-and calling", The Habit Scorecard and Temptation Building.

The strategy that I am immediately going to focus on is Habit Stacking. This involves pairing new habits with current established habits. With time, you can add more habits to the already established habits.

James Clear talks about the benefit of this tactic in the following words:

"The key is to tie your desired behavior into something you already do each day. Once you have mastered this basic structure, you can begin to create larger stacks by chaining small habits together. This allows you to take advantage of the natural momentum that comes from one behavior leading into the next – a positive version of the Diderot Effect." (Atomic Habits, p. 74-75)

These are just a few of the many things that I was able to learn from reading this book.

③ How this book will contribute to my success?

This book talks about how making small changes over time, can make a significant impact in one's life. My goal is to develop and firmly establish new habits which over time, will make me into a better, more law abiding and productive individual.

4/4

Below is the brief information we discussed regarding the donation chart.

Ahmadiyya Muslim Jamaat is a religious organization. It is registered in Canada as a non-profit charity organization. Members donate, and the funds are used towards various causes. They include daily operations, building of Mosques and other property, charity to others, etc.

The list of names on the left, is used internally, to differentiate between the causes & schemes.