March 29, 2023

The Honorable Judge Xinis,

We, Rana Muhammad Zakria and Amatul Slam, are parents of Muhammad Luqman Rana, he is our youngest child amongst the 3 children we have. We are writing this letter as we will not be able to attend the court on the date of May 8, 2023. We are aged, 72 years old and 69 years old. With age come various health issues because of which we have not travelled since 2019. These health issues are also related with the current events of our son Luqman which has caused us a great deal of stress and emotional discomfort. As we are approaching the date of May 8, we feel that it will be very difficult for both of us or one of us to be physically present in court and fear life threatening medical issues.

Luqman, our son, is very dear to us as he is the youngest among the 3 children we have. As parents of Luqman, we have never had any complaints of his misconduct in any way. Luqman or his siblings have never had any prior encounters with the police as this comes as a surprise to all of us. Luqman has never been in trouble at home or with the authorities, neither in his teenage years as it is common among kids these days, nor after high school until this incident which is now the topic of the discussion and the reason to write this letter to yourself.

We understand that as human beings we make mistakes and of course we should be ready to face the consequences of such mistakes. As Luqman does not have any criminal history, he does not have any history of violence, he has continuously been a student in a learning institute or have had employment since completing his studies and Luqman has also been very helpful in this case as his attorney would also testify to that. We, as parents of Luqman, request that all these details should also be kept in consideration. Luqman has always obeyed all the bail conditions, for 6 months in 2017 and 5 months in 2021, which were issued while he was still in Canada. Luqman is most welcome at our house when released.

Thank you

*[signature]*
Rana Muhammad Zakria

*A Slam*
Amatul Slam

April 1, 2023

The Honorable Judge Xinis,

We, Rana Muhammad Daud and Durr-e-samin, are brother and sister-in-law of Muhammad Luqman Rana, he is our youngest brother. We have 3 children aged 15, 12 and 7 years old. We are writing this letter as we will not be able to attend the court on the date of May 8, 2023 due to Jobs and responsibilities towards our children.

Luqman, our brother, is dear to us. We had been living in the same house from 2005 to 2017. As parents of 3 children, we have never had any complaints of his misconduct in any way. Luqman had a very good relationship with his nieces and nephew. We have never noticed any misconduct or suspicious behavior of Luqman with our children. Luqman has never had any prior encounters with the police as this comes as a surprise and shock to all of us.

We understand that as human beings we make mistakes and of course we should be ready to face the consequences of such mistakes. As Luqman does not have any criminal history, he does not have any history of violence, he has continuously been a student in a learning institute or have had employment since completing his studies and Luqman has also been very helpful in this case as his attorney would also testify to that. Luqman has always obeyed all the bail conditions, for 6 months in 2017 and 5 months in 2021, which were issued while he was still in Canada.

We, as brother and sister-in-law of Luqman, request that all these details should also be kept in consideration.
Thank you

*M. Daud*
Rana Muhammad Daud

*Durr-e-samin*
Durr-e-samin